JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MOHAMED ALI OSMAN, ) | No. C 07-6117 SC |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | |
| MICHAEL CHERTOFF, Secretary, ) | **STIPULATION TO DISMISS AND** |
| Department of Homeland Security; ) | **[PROPOSED] ORDER** |
| ROSEMARY MELVILLE, Director, ) | |
| San Francisco District, Citizenship and ) | |
| Immigration Services; ) | |
| EMILIO T. GONZALEZ, Director, ) | |
| Citizenship and Immigration Services; ) | |
| ROBERT S. MUELLER, III, Director, ) | |
| Federal Bureau of Investigation; ) | |
| MICHAEL B. MUKASEY, Attorney General ) | |
| of the United States, ) | |
| ) | |
| Respondents. ) | |
|  ) | |

Petitioner, by and through his attorney of record, and Respondents, by and through their

attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the

above-entitled action without prejudice in light of the fact that the United States Citizenship and

Immigration Services is now prepared to adjudicate Petitioner's application for naturalization and

agrees to adjudicate such application within 30 days of the dismissal of this action.

///

Stipulation to Dismiss
C07-6117 SC                    1

1    Each of the parties shall bear their own costs and fees.

2    Dated: February 28, 2008                    Respectfully submitted,

3                                                JOSEPH P. RUSSONIELLO
                                                United States Attorney
4

5                                                _____/s/_____
                                                EDWARD OLSEN[1]
6                                               Assistant United States Attorney
                                                Attorneys for Respondents
7

8

9    Dated: February 28, 2008                        /s/
     _____
                                                MARY BETH KAUFMAN
10                                              Attorney for Petitioner

11
                                      **ORDER**
12
          Pursuant to stipulation, IT IS SO ORDERED.
13

14   Date:    3/4/08

15                                              SAM_____
                                                United                      Judge
16

17

18

19

20

21

22

23

24

25

26

27      [1] I, Edward Olsen, hereby attest that I have on file all holograph signatures for any
28   signatures indicated by a "conformed" signature (/S/) within this efiled document.

     Stipulation to Dismiss
     C07-6117 SC                                2